Nos. 739 and 740. INTERNATIONAL STANDARD ELECTRIC CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. January 29, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Allin H. Pierce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Mr. Sewall Key* for respondent.

No. 767. CONTINENTAL OIL CO. ET AL. *v.* MINNESOTA. January 29, 1945. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Hayner N. Larson* for petitioners. *Messrs. J. A. A. Burnquist,* Attorney General of Minnesota, *Geo. B. Sjoselius,* Deputy Attorney General, *James F. Lynch,* and *Andrew R. Bratter* for respondent.

No. 773. OILS, INC. *v.* BLANKENSHIP ET AL. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Hal S. Whitten* for petitioner. *Mr. J. B. Dudley* for Blankenship et al., and *M. E. Trapp, pro se,* respondents.

No. 780. SMITH *v.* UNITED STATES. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. W. Perry Miller* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.